LAW OFFICES OF SAGAR PARIKH
Sagar Parikh, Esq. (SBN 282655)
1745 North Wilcox Avenue, Suite 221
Los Angeles, CA 90028
Telephone: (323) 703-3581
Facsimile: (925) 215-2333

Attorneys for Plaintiff and the Proposed Class

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LAW OFFICES OF MORSE MEHRBAN, A.P.C., for itself and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MARTIN LAX; THE LAW OFFICE OF MARTIN LAX, A PROFESSIONAL CORPORATION, AND DOES 1-20,<br><br>        Defendants. | **Case No.: 2:13-CV-6957 MMM JCGx**<br><br>[CLASS ACTION]<br><br>[~~PROPOSED~~] **JUDGMENT** |

Plaintiffs, having accepted Defendant's Offer of Judgment under Fed. R. Civ. P. 68,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED, that the Plaintiff is awarded Six Thousand Dollars ($6,000) plus reasonable attorney's fees and all costs and expenses Plaintiff incurred in this action, in an amount to be mutually agreed upon by the parties, or if no agreement can be reached, to be determined by the Court on application by Plaintiff's counsel. Plaintiff to be paid within thirty (30) days of the entry of this Judgment.

DATED: October 2, 2013        By: _/s/ Margaret M. Morrow_____

MARGARET M. MORROW
United States District Judge
Central District of California

- 1 -
**[PROPOSED] JUDGMENT**